**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                              Case No. _____

BRACETTY MATOS, JORGE A & RIVERA DE LA MATTA, MYRNA G     Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 9/29/2010                      ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 125.00 x 36 = $ 4,500.00
$ \_\_\_\_\_ x \_\_\_\_\_ = $ \_\_\_\_\_
$ \_\_\_\_\_ x \_\_\_\_\_ = $ \_\_\_\_\_
$ \_\_\_\_\_ x \_\_\_\_\_ = $ \_\_\_\_\_
$ \_\_\_\_\_ x \_\_\_\_\_ = $ \_\_\_\_\_

TOTAL: $ 4,500.00

Additional Payments:
$ 280,000.00 to be paid as a LUMP SUM within 36 months with proceeds to come from:

☑ Sale of Property identified as follows:
UPON SALE OF THE PROPERTY LOCATED AT LUQUILLO AND/ OR

☑ Other:
COLECTION OF ACCOUNT RECEIVABLES LISTED IN SCHEDULE B

Periodic Payments to be made other than, and in addition to the above:
$ \_\_\_\_\_ x \_\_\_\_\_ = $ \_\_\_\_\_

PROPOSED BASE: $ 284,500.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,364.00

Signed: /s/ JORGE A BRACETTY MATOS
           Debtor

/s/ MYRNA G RIVERA DE LA MATTA
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR \_\_\_\_ $ \_\_\_\_\_
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. DORAL BANK      Cr. \_\_\_\_\_      Cr. \_\_\_\_\_
# 80010260           # \_\_\_\_\_           # \_\_\_\_\_
$ 10,000.00         $ \_\_\_\_\_          $ \_\_\_\_\_

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BPPR      Cr. DEPT HACIENDA DE PR    Cr. DORAL BANK
# 02500804100320999   # 0920652294001     # 80015772
$ 9,000.00         $ 356.18         $ 134,000.00

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. \_\_\_\_\_      Cr. \_\_\_\_\_      Cr. \_\_\_\_\_
# \_\_\_\_\_         # \_\_\_\_\_         # \_\_\_\_\_
$ \_\_\_\_\_         $ \_\_\_\_\_         $ \_\_\_\_\_

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
\_\_\_\_\_

5. ☐ Other:
\_\_\_\_\_

6. ☑ Debtor otherwise maintains regular payments directly to:
DORAL BANK

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: \_\_\_\_\_
                ☐ Paid 100% / ☐ Other: \_\_\_\_\_
Cr. \_\_\_\_\_      Cr. \_\_\_\_\_      Cr. \_\_\_\_\_
# \_\_\_\_\_         # \_\_\_\_\_         # \_\_\_\_\_
$ \_\_\_\_\_         $ \_\_\_\_\_         $ \_\_\_\_\_
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
See Continuation Sheet

Attorney for Debtor Jose Prieto                      Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE BRACETTY MATOS, JORGE A & RIVERA DE LA MATTA, MYRNA G _____ Case No. _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE TO BPPR THROUGH EASTERN AMERICAN INSURANCE.

TRUSTEE TO PAY 100% PLUS 6% TO GENERAL UNSECURED CREDITORS

DORAL SECURED CLAIM OVER PROPERTY IN LUQUILLO SHALL BE PAYED UPON SALE OF PROPERTY, OR COLLECTION OF ACCOUNT RECEIVABLES.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only